**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert Lawrence PAYNE,
Defendant–Appellant.**

**No. 01–7076.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 17, 2001.

Robert Lawrence Payne, pro se. Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, VA, for appellee.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Robert L. Payne seeks to appeal the district court's order denying his motion filed under Rule 60(b) of the Federal Rules of Civil Procedure seeking relief from the order denying his 28 U.S.C.A. § 2255 (West Supp.2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Payne,* Nos. CR–90–20–R; CA–96–920–7 (W.D.Va. June 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*